428 A.2d 238

Lash, Jr., a minor et al., Appellant, v. Pierce et al.

568

Argued December 4, 1979. Stanley R. Kotzen, for appellant; Edward J. Carney, Jr., for appellee.

Before SPAETH, CAVANAUGH and O'KICKI, JJ.*

Order affirmed.